UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

             v.

JORGE HAMILTON HERRERA,

    Defendant and Movant.
_____/

No. CR 09-1097 PJH

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

    Movant Jorge Hamilton Herrera ("Herrera") is serving a sentence imposed by this court. On June 30, 2011, the court denied Herrera's motion to vacate or set aside his sentence under 28 U.S.C. § 2255, as amended on October 25, 2010. Herrera's motion for a certificate of appealability ("COA") is currently before the court.

    A certificate of appealability will issue upon a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    This court finds that none of the issues presented by Herrera in his October 25,

2010 amended motion to vacate meet the above standard and accordingly DENIES his request for a COA.  *See generally Miller-El v. Cockrell*, 537 U.S. 322 (2003).

The clerk shall forward the file, including a copy of this order, to the Court of Appeals.  *See* Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: July 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge